NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3073

FAE DRISCOLL,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF0752070409-I-1.

ON MOTION

Before GAJARSA, Circuit Judge.

## O R D E R

Fae Driscoll moves for leave to file her reply brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


SEP 3 0 2009
_____
Date

cc: Keith Goffney, Esq.
    Michelle A. Windmueller, Esq.
s17

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK